**Order entered March 2, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00948-CV

**JOYCE ANN GRAY, Appellant**

**V.**

**NATIONSTAR MORTGAGE D/B/A MR. COOPER, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-03758-B**

### ORDER

Before the Court is appellant's February 27, 2020 motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **March 27, 2020**. We caution appellant that further requests for extension will be disfavored.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE